United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAJITON DIOGO GOMES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02633 |
| | § | |
| MONTGOMERY PROCESSING | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The petitioner, Cajiton Diogo Gomes, filed this petition to challenge his ongoing immigration custody. The parties advise the Court that Gomes voluntarily departed the United States and is no longer in custody. Doc. Nos. 4, 5. Because Gomes is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

1 / 2

Therefore, the Court **ORDERS** as follows:

1.  This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2.  All pending motions, if any, are **DENIED as MOOT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ____1ˢᵗ____ day of May 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE